IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PUSH DATA LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**OFFICE DEPOT, LLC,**<br><br>*Defendant.* | **Civil No. 4:24-CV-00131**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT OFFICE DEPOT, LLC RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Office Depot, LLC ("Office Depot") states that Office Depot is wholly owned by The ODP Corporation ("ODP"), which is a publicly held corporation with no parent corporation. Blackrock, Inc. and The Vanguard Group, Inc. both own more than 10% of The ODP Corporation.

| | |
|---|---|
| Dated: May 24, 2024 | Respectfully Submitted, |

**FISH & RICHARDSON P.C.**

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Noel F. Chakkalakal
Texas Bar No. 24053676
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

Nicholas H. Wang
Texas Bar No. 24137702
nwang@fr.com
111 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 472-5070
Fax:(512) 320-8935

**COUNSEL FOR DEFENDANT
OFFICE DEPOT, LLC**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 24, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Neil J. McNabnay*
Neil J. McNabnay